NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHEILA ROBINSON,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2384

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00724-LAS, Senior Judge Loren A. Smith.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules,

IT IS ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                    ROBINSON V. US


All pending motions are denied as moot.



                                                  FOR THE COURT



December 5, 2023                          Jarrett B. Perlow
     Date                                  Clerk of Court



**ISSUED AS A MANDATE:** December 5, 2023